# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136356(51)

TIMOTHY LANDIN RODRIGUEZ and
ANTONIO LANDIN RODRIGUEZ,
      Plaintiffs-Appellants,

v

DAVID A. MERCHANT, MICHAEL T.
MADDALONI, STACIA J. BUCHANAN,
and MERCHANT & MADDALONI, P.C.,
      Defendants-Appellees.

SC: 136356
COA: 282671
Ingham CC: 06-000316-NM

_____/

     On order of the Court, the motion for reconsideration of this Court's July 29, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

                                        Clerk

d1020